```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**THE COURTLAND COMPANY, INC.,**

       Plaintiff,

v.                             Civil Action No. 2:21-cv-00101

**UNION CARBIDE CORPORATION,**

       Defendant.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order entered this date, it is ORDERED and ADJUDGED that plaintiff The Courtland Company Inc. ("Courtland") take nothing, and defendant Union Carbide Corporation recovers judgment against Courtland in Courtland III (2:21-cv-00101).

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                     ENTER: September 28, 2023

                                     John T. Copenhaver, Jr.
                                   Senior United States District Judge