PRINT        CLEAR/RESET

(Rev. 12/2021)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

File Number _____ 2:21-cv-101 _____

The Courtland Company, Inc.

v.                                                    **NOTICE OF APPEAL**

Union Carbide Corporation


_____ The Courtland Company, Inc. _____ (name all parties taking the appeal)* appeal

to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on

_ September 28, 2023 _ (state the date the judgment was entered).


(s)   Michal O. Callaghan _____

*Attorney for*   The Courtland Company, Inc. _____

*Address:*   1337 Virginia Street East _____

_____ Charleston, WV 25301 _____

_____

_____


[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]


_____

*See Rule 3(c) for permissible ways of identifying appellants.