```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**THE COURTLAND COMPANY,**

        Plaintiff,

    v.                  Civil Action No. 2:18-cv-01230
                          Civil Action No. 2:21-cv-00101

**UNION CARBIDE CORPORATION,**

        Defendant.

## ORDER

Following a bench trial in the above-captioned matters, the court entered an order as to the liability of the parties on September 28, 2023. See Order, ECF No. 503, 334.[1] Plaintiff appealed. See ECF No. 506, 337 (Notice of Appeal).

On October 27, 2023, defendant filed a Proposed Bill of Costs. ECF No. 505, 336. On November 8, 2023, plaintiff filed an Unopposed Motion to Continue Response Deadline to Defendant's Proposed Bill of Costs. ECF No. 510, 341. Subsequently that same day, plaintiff filed an Unopposed Motion to Withdraw its Motion to Continue. ECF No. 511, 342. The

---

[1] Unless otherwise specified, the ECF numbers herein refer to Courtland I (2:18-cv-01230) and Courtland III (2:21-cv-00101), respectively.

parties then filed a Joint Motion to Extend Deadlines Related to Defendant's Proposed Bill of Costs, which the court granted. See ECF No. 512, 343 (joint motion); 514, 344 (Order granting the joint motion).

The court GRANTS plaintiff's Unopposed Motion to Withdraw its Motion to Continue, ECF No. 511, 342, and DENIES AS MOOT plaintiff's Motion to Continue, ECF No. 510, 341.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: September 27, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge